# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DEONDRE HOWARD, | Case No. CV 15-01459 R (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SOTO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 17, 2016

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE